# Exhibit 16



H80096

# Exhibit 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-358-776**

EFFECTIVE DATE OF REGISTRATION
**MAR 10 2006**

---

**1. Title of This Work:** CONVERSATIONAL (GROUP 65)

**Nature of This Work:** TEXTILE DESIGN

**Previous or Alternative Titles:** H80094, H80095, H80096, H80097, H80098, H80099, H80100, H80101, H80102, H80103

**2a. Name of Author:** LA PRINTEX INDUSTRIES, INC.

Work made for hire? Yes
Domiciled in USA
Nature of Authorship: 2-Dimensional artwork

**2b. Name of Author:** LA PRINTEX INDUSTRIES, INC.

Work made for hire? Yes
Domiciled in USA
Nature of Authorship: 2-Dimensional artwork

**3a.** Year in Which Creation of This Work Was Completed: 2006

**3b.** Date and Nation of First Publication: FEBRUARY 28, 2006, USA

**4. Copyright Claimant:** LA PRINTEX INDUSTRIES, INC., 2270 E. 26TH ST., VERNON, CA 90023

APPLICATION RECEIVED MAR 10 2006
ONE DEPOSIT RECEIVED
MAR 10 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

                                                                    EXAMINED BY                          FORM VA
                                                                    CHECKED BY

                                                                    ☐ CORRESPONDENCE                     FOR
                                                                      Yes                              COPYRIGHT
                                                                                                         OFFICE
                                                                                                          USE
                                                                                                          ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

LA PRINTEX INDUSTRIES, INC.
3270 E. 26TH ST. VERNON, CA 90023

b

Area code and daytime telephone number ( 323 ) 269-0100          Fax number ( 323 ) 269-0190
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                          ☐ author
                                          ☐ other copyright claimant
                        check only one ▶  ☒ owner of exclusive right(s)
                                          ☐ authorized agent of _____
                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JAE SOON, NAH                                                           Date  2.28.2006

Handwritten signature (X) ▼
X _[signature]_

Certificate                LA PRINTEX INDUSTRIES, INC.
will be
mailed in                  Number/Street/Apt ▼
window                     3270 E. 26TH ST.
envelope
to this                    City/State/ZIP ▼
address:                   VERNON, CA 90023

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—20,000   Web Rev: June 2002   ● Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,028

# Exhibit 18



# Exhibit 19

Life's like a dream for those who sleep

Persistance You've been delivered
Better to train the world & Lose your soul?

Life's like a dream... works for those who sleep, just a matter of time... what if?

Persistance you've been delivered
Better to train the world & lose your soul?

# Exhibit 20

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-364-723

EFFECTIVE DATE OF REGISTRATION
5   24   2006

---

**1** Title of This Work ▼
LAP06-H9

Nature of This Work ▼
TEXTILE DESIGN

Previous or Alternative Titles ▼
HB0191, HB0192, HB0193, HB0194, HB0195, HB0196

---

**2a** Name of Author ▼
LA PRINTEX INDUSTRIES, INC.

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
Author's Nationality or Domicile: Citizen of / Domiciled in USA

Nature of Authorship:
☒ 2-Dimensional artwork

**2b** Name of Author ▼
LA PRINTEX INDUSTRIES, INC.

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
Author's Nationality or Domicile: Domiciled in USA

Nature of Authorship:
☒ 2-Dimensional artwork

---

**3a** Year in Which Creation of This Work Was Completed: 2006

**3b** Date and Nation of First Publication of This Particular Work: Month MAY Day 15 Year 2006
Nation: USA

---

**4** Copyright Claimant(s)
LA PRINTEX INDUSTRIES, INC.
3270 E. 26TH ST. VERNON, CA 90023

APPLICATION RECEIVED MAY 24 2006
ONE DEPOSIT RECEIVED MAY 24 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

LA PRINTEX INDUSTRIES, INC.
3270 E. 26TH ST. VERNON, CA 90023

b

Area code and daytime telephone number ( 323 ) 269-0100         Fax number ( 323 ) 269-0190
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
                 ☐ other copyright claimant
                 ☒ owner of exclusive right(s)
                 ☐ authorized agent of _____
                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JAE SOON, NAH                                              Date  MAY 18, 2006

Handwritten signature (X) ▼
X _Jae Soon Nah_

| Certificate will be mailed in window envelope to this address: | Name ▼ LA PRINTEX INDUSTRIES, INC. |
|---|---|
| | Number/Street/Apt ▼ 3270 E. 26TH ST. |
| | City/State/ZIP ▼ VERNON, CA 90023 |

**9**

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,029

# Exhibit 21