**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-1836 ODW (PJWx) | Date | February 20, 2009 |
|---|---|---|---|
| Title | *L.A. Printex Industries, Inc. v. Lia Lee, Inc., et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):   Order DENYING Defendants' Motion to Dismiss [54, 55]**

Defendants Lia Lee, Inc., Ross Stores, Inc., and Deb Shops, Inc. (collectively, "Defendants") move, under Fed. R. Civ. P. 19, to dismiss Plaintiff L.A. Printex Industries, Inc.'s ("Plaintiff") case, contending that certain Chinese fabric companies are indispensable parties who cannot feasibly be joined. The Court has been fully briefed and finds oral argument unnecessary. *See* Fed. R. Civ. P. 78; Local Rule 7-15. After considering the arguments raised in support of and in opposition to the instant Motion, the Court finds Defendants' evidence and authorities legally insufficient to require dismissal of Plaintiff's case. Defendants' Motion is DENIED.

**SO ORDERED.**

| | ---- | : | 00 |
|---|---|---|---|
| Initials of Preparer | RGN | | |